# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MICHAEL KABIA, *et al.*,**

    **Plaintiffs,**

    v.

**IMPACT CARE OHIO, LLC,**

    **Defendant.**

**Case No. 2:24-cv-3505**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Elizabeth P. Deavers**

## ORDER

This matter is before the Court on Plaintiffs' Motion for Default Judgment Against Defendant Impact Care Ohio, LLC. (ECF No. 10.) On May 14, 2025, the Court ordered Plaintiffs to file notice with the Court regarding whether they would continue with the Motion for Default Judgment after Defendant obtained counsel and began participating in the case. (ECF No. 27.) The same day, Plaintiffs filed a Notice of Withdrawal of Plaintiffs' Motion for Default Judgment Against Defendant (ECF No. 28) notifying the Court that Plaintiffs are withdrawing the Motion.

Accordingly, the Clerk is **DIRECTED** to terminate the Motion for Default Judgment Against Impact Care Ohio LLC. (ECF No. 10.)

This case remains open.

    **IT IS SO ORDERED.**

**5/19/2025**　　　　　　　　　　　　　　　　　　　**s/Edmund A. Sargus, Jr.**
**DATED**　　　　　　　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**